

**Attorneys**

October 8, 2015

VIA ECF

Magistrate Joseph Spero
United States District Court
for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

   Re: Request to Attend Hearing by Phone
     *Kewal Shrestha v. The Hertz Corporation, American Traffic*
     *Solutions, Inc. and PlatePass LLC*
     Case No.: 3:15-cv-02998-JCS

Dear Judge Spero:

  We are writing to request permission for Adam Schloss, Senior Staff Counsel for The Hertz Corporation, to attend the October 16, 2015 hearing on Defendants' Motion to Dismiss and Compel Arbitration by telephone. Mr. Schloss is not counsel of record in this matter and would not be participating as counsel in the hearing. However, as the client representative, he would appreciate the opportunity to listen to the argument. If this is acceptable to the Court, Mr. Schloss' direct-dial land line telephone number is (239) 948-4492.

Dated: 10/9/15

*[Court seal: IT IS SO ORDERED / Judge Joseph C. Spero]*

Very truly yours,

Kenneth E. Keller
Counsel for Defendant
The Hertz Corporation