1  Kenneth E. Keller (SBN 71450) keller@ksrh.com
2  Tracy M. Clements (SBN 184150) tclements@ksrh.com
   KELLER, SLOAN, ROMAN, & HOLLAND, LLP
3  555 Montgomery St., 17th Floor
   San Francisco, CA  94111
4  Telephone:  (415) 249-8330

   John F. Ward, Jr. (admitted *pro hac vice*) jward@jenner.com
   Laura C. Bishop (admitted *pro hac vice*) lbishop@jenner.com
   JENNER & BLOCK LLP
   353 N. Clark Street
   Chicago, IL 60654
   Telephone: (312) 222-9350

Counsel for Defendant THE HERTZ CORPORATION

EDWARD C. DUCKERS (SBN 179222) ed.duckers@stoel.com
JONATHAN A. MILES (SBN 268034) jonathan.miles@stoel.com
STOEL RIVES LLP
Three Embarcadero Center, Suite 1120
San Francisco, CA 94111
Telephone: (415) 617-8900

Counsel for Defendants AMERICAN TRAFFIC SOLUTIONS, INC. and PLATEPASS, LLC

Matthew D. Carlson (SBN 273242) mcarlson@carlsonlegalservices.com
CARLSON LEGAL SERVICES
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (510) 239-4710

Counsel for Plaintiff KEWAL SHRESTHA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEWAL SHRESTHA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, AMERICAN TRAFFIC SOLUTIONS, INC., and PLATEPASS, LLC,<br><br>    Defendants. | **Case No.: 3:15-cv-02998-JCS**<br><br>**Hon. Joseph C. Spero**<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

WHEREAS, Plaintiff Kewal Shrestha filed a Complaint against Defendants in this Court on June 26, 2015;

WHEREAS, Plaintiff no longer wishes to pursue this action in federal court, state court, or in arbitration;

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by and through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A), this action is dismissed with prejudice. The parties further stipulate that they shall each bear their own attorneys' fees and costs.

Dated: October 20, 2015            KELLER, SLOAN, ROMAN & HOLLAND LLP


By: __/s/ Tracy M. Clements_____
    Tracy M. Clements
    Attorneys for Defendant
    THE HERTZ CORPORATION

Dated: October 20, 2015            STOEL RIVES LLP


By: ___/s/ Edward C. Duckers_____
    Edward C. Duckers
    Attorneys for Defendants
    AMERICAN TRAFFIC SOLUTIONS, INC.
    and PLATEPASS, LLC

Dated: October 20, 2015            CARLSON LEGAL SERVICES


By: ___/s/ Matthew D. Carlson_____
    Matthew D. Carlson
    Attorneys for Plaintiff KEWAL
    SHRESTHA

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By: /s/ Matthew D. Carlson_____
Matthew D. Carlson

Dated: 10/21/15    IT IS SO ORDERED.
/s/ Joseph C. Spero
Chief Magistrate Judge